DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN MCDANIEL,**
Appellant,

v.

**EAST COAST LUMBER & SUPPLY COMPANY** and **TRAVIS MCNAMEE,**
Appellees.

No. 4D21-3591

[December 15, 2022]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond W. Alonzo, Judge; L.T. Case No. 562021SC001583AXXXHC.

Stephen L. Cook, Palm Beach Gardens, for appellant.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***